```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13911
   NELSON MARTINEZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6733

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    1353.33            .00        140.40
ASSET ACCEPTANCE LLC      UNSECURED        1518.52            .00           .00
BARNES AUTO               UNSECURED       NOT FILED           .00           .00
CENTRAL FURNITURE         SECURED           190.00            .00           .00
CITIZENS FINANCE COMPANY  SECURED           924.00            .00           .00
CITY OF CHICAGO PARKING   UNSECURED        7535.57            .00           .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED           .00           .00
FIRST CONSUMERS NATL BAN  UNSECURED       NOT FILED           .00           .00
FST PREMIER               UNSECURED       NOT FILED           .00           .00
PREMIER BANCARD CHARTER   UNSECURED         271.02            .00           .00
GENESIS FINANCIAL SO      UNSECURED       NOT FILED           .00           .00
HSBC AUTO FINANCE         SECURED VEHIC       .00             .00           .00
ECAST SETTLEMENT CORP     UNSECURED         699.07            .00           .00
MERRICK BANK              UNSECURED         822.30            .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         251.87            .00           .00
NCO MARLIN                UNSECURED       NOT FILED           .00           .00
PLAINS COMMERCE BANK      UNSECURED         208.49            .00           .00
CENTRAL FURNITURE         UNSECURED          10.01            .00           .00
CITIZENS FINANCE COMPANY  UNSECURED          79.44            .00           .00
AMGNL                     SECURED NOT I       .00             .00           .00
DIVERSIFIED EMERGENCY SE  UNSECURED       NOT FILED           .00           .00
PARTNERS FINANCIAL SERVI  UNSECURED       NOT FILED           .00           .00
RESURRECTION HEALTH CARE  UNSECURED       NOT FILED           .00           .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED           .00           .00
ECONOMY FURNITURE         SECURED NOT I     197.96            .00           .00
CHARLES N THERMAN ESQ     DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                          9.60
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13911 NELSON MARTINEZ
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      150.00

PRIORITY                                                                  .00
SECURED                                                                140.40
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                     9.60
DEBTOR REFUND                                                             .00
                                        ---------------       ---------------
TOTALS                                         150.00                  150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                        PAGE   2
           CASE NO. 07 B 13911 NELSON MARTINEZ